IN THE  UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION
CIVIL ACTION FILE NO. 5:18-cv-66-DSC

SHERILYNN DEAN TYNDALL,              )
                    Plaintiff,       )
                                     )
        vs.                          )
                                     )
NANCY A. BERRYHILL,                  )
Acting Commissioner,                 )
Social Security Administration,      )
        Defendant.                   )


ORDER

THIS MATTER HAVING COME BEFORE THE COURT on Plaintiff's Motion for

Attorney's Fees under 28 U.S.C.A. § 2412, the Equal Access to Justice Act (EAJA), and with

consent of the parties, the Court orders as follows:

1.      That the Social Security Administration shall pay $5,500.00 in attorney's fees to the

        Plaintiff in full settlement and satisfaction of any and all claims for attorney fees for legal

        services rendered under the EAJA, 28 U.S.C. § 2412(d).

2.      With respect to Plaintiff's signed assignment of EAJA fees to her attorney, in accordance

        with *Astrue v. Ratliff*, 560 U.S. 586, 130 S.Ct. 2521, 177 L.Ed.2d 91 (2010), the

        Commissioner will determine whether Plaintiff owes a debt to the United States.  If so,

        the debt will be satisfied first and, if any funds remain, they will be made payable to

        Plaintiff and mailed to Plaintiff's counsel.  If the Department of the Treasury reports to

        the Commissioner that the Plaintiff does not owe a federal debt, the Government will

        exercise its discretion and honor the assignment of EAJA fees, and pay the awarded fees

        directly to Plaintiff's counsel.

**SO ORDERED**.

Signed: February 22, 2019

David S. Cayer
United States Magistrate Judge